FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00787-BNB

CHARLES LEE KETTERING, Fremont County Detention Center, 100 Justice Center
Road, Cañon City, CO 81212,

      Plaintiff,

v.

FREMONT COUNTY DETENTION CENTER, et al.,
SHERIFF JIM BIEKER,
JUDGE THORSON,
SHIFT COMMANDER YOUNG,
SHIFT COMMANDER TAYLOR,
DEPUTY BISCHOFF DAY SHIFT,
DEPUTY BARR DAY SHIFT,
DEPUTY ORTIZ PARTNER ON SHIFT P.M. SHIFT,
DEPUTY MELCHER LEAD DEPUTY,
DEPUTY YOUNG MELCHER'S SHIFT COMMANDER,
DEPUTY BUCKLEY,
WARDEN,
KITCHEN STAFF, 2-4 PEOPLES [sic] ((1) Fat Red Headed Woman 5' Tall,
      (2) Old Gray Haired Man Weres [sic] Brown Cap With Star on It
      Smokes Every Day, Both I See From My Cell Wing),
MEDICAL STAFF THREE PEOPLE ((1) Man About 30, (1) Woman Red Hair
      Toung [sic] Piercing Hevey [sic] Set Glasses, (1) Younger Girl
      (Not Older Lady[)] She Cooperates It [sic] The Other Three That
      Refuse Me Non Percription [sic] Meds),
RESURVE [sic] AT LEAST 15 PERSONS TO FIND OUT IN DISCOVERY BEHIND
      THE [UNINTELLIGIBLE] TO FIND IN DISCOVERY,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED 28 U.S.C. § 1915 MOTION

      Plaintiff, Charles Lee Kettering was a prisoner in the custody of the Colorado

Department of Corrections (DOC) at the Fremont County Detention Center in Cañon

City, Colorado, when he filed *pro se* a civil rights complaint pursuant to 42 U.S.C.

§ 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993) for money damages. Mr. Kettering seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006). On May 20, 2008, he submitted a notice of change of address indicating that he no longer is incarcerated.

Since Mr. Kettering has been released from incarceration, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Alternatively, Mr. Kettering may elect to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

ORDERED that Mr. Kettering submit within **thirty days from the date of this order** either the $350.00 filing fee in order to pursue his claims in this action or, alternatively, an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, CO 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff a copy of this order together with two copies of the nonprisoner Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form to be used in submitting the amended motion and affidavit. It is

FURTHER ORDERED that if Mr. Kettering fails to file the amended motion and affidavit within thirty days of the date of the instant order, the complaint and action will be dismissed without further notice.

DATED May 22, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00787-BNB

Charles Lee Kettering
C/O Debbie Dixon
205 South Whitcomb Street
Fort Collins, CO 80521

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion
and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named
individuals on 5/22/08

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk