IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00787-BNB

CHARLES LEE KETTERING, Fremont County Detention Center, 100 Justice Center Road, Cañon City, CO 81212,

    Plaintiff,

v.

FREMONT COUNTY DETENTION CENTER, et al.,
SHERIFF JIM BIEKER,
JUDGE THORSON,
SHIFT COMMANDER YOUNG,
SHIFT COMMANDER TAYLOR,
DEPUTY BISCHOFF DAY SHIFT,
DEPUTY BARR DAY SHIFT,
DEPUTY ORTIZ PARTNER ON SHIFT P.M. SHIFT,
DEPUTY MELCHER LEAD DEPUTY,
DEPUTY YOUNG MELCHER'S SHIFT COMMANDER,
DEPUTY BUCKLEY,
WARDEN,
KITCHEN STAFF, 2-4 PEOPLES [sic] ((1) Fat Red Headed Woman 5' Tall,
    (2) Old Gray Haired Man Weres [sic] Brown Cap With Star on It
    Smokes Every Day, Both I See From My Cell Wing),
MEDICAL STAFF THREE PEOPLE ((1) Man About 30, (1) Woman Red Hair
    Toung [sic] Piercing Hevey [sic] Set Glasses, (1) Younger Girl
    (Not Older Lady[)] She Cooperates It [sic] The Other Three That
    Refuse Me Non Percription [sic] Meds),
RESURVE [sic] AT LEAST 15 PERSONS TO FIND OUT IN DISCOVERY BEHIND
    THE [UNINTELLIGIBLE] TO FIND IN DISCOVERY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 7 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Charles Lee Kettering, was a prisoner in the custody of the Colorado Department of Corrections at the Fremont County Detention Center in Cañon City, Colorado, when he filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983

(2006) and 28 U.S.C. § 1343(a)(3) (1993) for money damages. Mr. Kettering seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006). On May 20, 2008, he submitted a notice of change of address indicating that he no longer is incarcerated.

On May 22, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Kettering either to pay the $350.00 filing fee in order to pursue his claims in the instant action or to file an amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The May 22 order informed Mr. Kettering that since he has been released from incarceration, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). The clerk of the Court was directed to mail to Mr. Kettering two copies of the nonprisoner form for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to be used in submitting the amended motion and affidavit. The May 22 order warned Mr. Kettering that if he failed within the time allowed either to pay the $350.00 filing fee or to file an amended motion and affidavit, the complaint and the action would be dismissed without further notice.

Mr. Kettering has failed within the time allowed to respond to the May 22, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to prosecute and for failure to comply with the directives of the May 22, 2008, order.

DATED at Denver, Colorado, this 3 day of July, 2008.

BY THE COURT:

*signature*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00787-BNB

Charles Lee Kettering
C/O Debbie Dixon
205 South Whitcomb Street
Fort Collins, CO 80521

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

                        GREGORY C. LANGHAM, CLERK

                By: _____
                           Deputy Clerk